IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| ALONZO JOHNSON, | : | Case No. 1:20-cv-480 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CHIEF INSPECTOR CENTRAL OFFICE, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 2)**

The Court has reviewed the Order and Report and Recommendation (Doc. 2) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court orders as follows:

1. Plaintiff is **ORDERED** to pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action within thirty (30) days. Plaintiff is further **NOTIFIED** that his failure to pay the full $400 fee within thirty days will result in the dismissal of his action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
     JUDGE MATTHEW W. McFARLAND