# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| ALONZO JOHNSON, JR., | : | Case No. 1:20-cv-480 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CHIEF INSPECTOR CENTRAL OFFICE, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 4)

The Court has reviewed the Report and Recommendation (Doc. 4) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, the Court hereby **ORDERS**:

1. This case is **DISMISSED** for Plaintiff's failure to pay the full filing fee as ordered by the Court;

2. Plaintiff is **ASSESSED** the full filing fee of $400.00;

3. The Clerk of Court is **DIRECTED** to mail a copy of this Order to the Cashier of the prison at which Plaintiff is confined, and the Cashier is **DIRECTED** as follows:

   The prison's Cashier shall deduct, and forward to the Clerk of Court, 20% of the preceding month's income credited to Plaintiff's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1]

4. The Court **CERTIFIES** pursuant to 20 U.S.C. § 1915(a)(3) that, for the reasons set forth in the Report and Recommendation, an appeal of this Court's Order would not be taken in good faith.

---

[1] The prison cashier's office shall not send payments aggregating more than the amount of the full fee.

2

**IT IS SO ORDERED**.

                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF OHIO

                                        By:   */s/ Matthew W. McFarland*
                                              JUDGE MATTHEW W. McFARLAND